**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re: **Everest Crossing, LLC**  Case No.
Chapter 11

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---:|---:|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
| 1. Gross Income For 12 Months Prior to Filing: | | $ 0.00 |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | |
| 2. Gross Monthly Income: | | $ 173,000.00 |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
| 3. Net Employee Payroll (Other Than Debtor) | $ 44,302.00 | |
| 4. Payroll Taxes | 5,815.00 | |
| 5. Unemployment Taxes | 0.00 | |
| 6. Worker's Compensation | 0.00 | |
| 7. Other Taxes | 10,812.50 | |
| 8. Inventory Purchases (Including raw materials) | 41,046.00 | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 | |
| 10. Rent (Other than debtor's principal residence) | 22,235.00 | |
| 11. Utilities | 6,025.00 | |
| 12. Office Expenses and Supplies | 400.00 | |
| 13. Repairs and Maintenance | 0.00 | |
| 14. Vehicle Expenses | 0.00 | |
| 15. Travel and Entertainment | 0.00 | |
| 16. Equipment Rental and Leases | 0.00 | |
| 17. Legal/Accounting/Other Professional Fees | 2,331.00 | |
| 18. Insurance | 3,000.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 2,080.00 | |
| | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | | |
| IRS | $ 2,000.00 | |
| Crimson | 3,000.00 | |
| | 0.00 | |
| | | |
| 21. Other (Specify) | | |
| advertising | $ 2,250.00 | |
| credit card fees | 3,100.00 | |
| misc. | 13,785.00 | |
| | | |
| 22. Total Monthly Expenses | | $ 162,181.50 |
| | | |
| PART D - ESTIMATED AVERAGE NET MONTHLY INCOME: | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ 10,818.50 |