**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Everest Crossing, LLC, | ) | Bankruptcy No. 09-16664-FJB |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**STIPULATION REGARDING USE OF CASH COLLATERAL**
**AND ADEQUATE PROTECTION**

This stipulation is made on October 6, 2009, between the United States of America, on behalf of the Internal Revenue Service ("Service"), and Everest Crossing, LLC ("Debtor").

WHEREAS, on July 15, 2009, the Debtor filed a Petition for Relief in accord with Chapter 11 of Title 11 of the United States Code; and

WHEREAS, the Service asserts that it has a secured claim which attaches to the Debtor's personal property; and

WHEREAS, the Service and the Debtor wish to enter into a stipulation which provides adequate protection for the Service's interest in the collateral while allowing the Debtor to use the collateral claimed by the Service.

The Service and the Debtor stipulate as follows:

1. As adequate protection under 11 U.S.C. 361, and as security for the Debtor's obligation to the Service, the Service will retain its lien on the Debtor's personal property, subject to properly perfected, valid prepetition senior liens of any

other secured creditor.  Debtor grants to the Service a continuing post-petition security interest in all of the Debtor's assets and all substitutions therefore which are created, acquired and in which the Debtor obtains an interest subsequent to the filing of the petition herein.  The within granting of a security interest shall be supplemental and in addition to the interest in the Debtor's assets which the Service possesses pursuant to the existing liens on the Debtor's pre-petition assets.

    2.   The Debtor will provide the Service with all financial data reported to the U.S. Trustee's Office in accordance with the U.S. Trustee's Operating Guidelines.

    3.   The Debtor agrees to timely file all post-petition income and employment tax returns, as well as to timely make all required tax deposits.  The failure to do so shall constitute cause for conversion or dismissal under 11 U.S.C. § 1112(b).

    5.   As additional adequate protection for the Service, the Debtor shall pay Five Hundred Dollars ($500.00) per week, every Friday beginning with the first Friday following the approval of this Stipulation.  Such payments are to be sent to: Internal Revenue Service, c/o Michael Rodkey, P.O. Box 9112, JFK Federal Building, Stop 20800, Boston, MA 02203.

    7.   In the event that the Debtor fails to make the agreed upon adequate protection payments, the Service may provide

notice of the Debtor's default in doing so, by sending such notice to debtors counsel by email to hweinberg@jrflawyers.com and by facsimile to (617) 227-0313 and (978) 682-3041. In the event that the default is not cured within three (3) business days of such notice, such default shall constitute cause for conversion or dismissal under 11 U.S.C. § 1112(b).

8. The Debtor does not waive its right to object to the extent and amount of the Service's claim.

9. Application of the proceeds paid by the debtor will be to the earliest secured tax claims first.

10. Additionally, the Debtor agrees to maintain at least $10,000.00 cash in its operating account over and above all claims by creditors (the additional cash requirement). The additional cash requirement includes all outstanding checks, meaning that any checks issued but not yet cashed are to be subtracted from the account prior to the determination of whether $10,000.00 remains in the account. The Debtor agrees to provide to the undersigned counsel for the Service a bank statement and copies of all outstanding checks and other accounts payable that are to be paid out of the account every Friday during the pendency of this Stipulation. The failure of the Debtor to comply with this provision of the Stipulation shall constitute cause for conversion or dismissal under 11 U.S.C. § 1112(b).

11. This agreement shall remain in effect until November 28, 2009.

Respectively submitted,

| Everest Crossing, LLC | The United States of America |
|---|---|
| By its Attorney, | By its Attorney, |
|  | MICHAEL K. LOUCKS,<br>Acting United States Attorney |
| /s/ Herbert Weinberg<br>Herbert Weinberg (BBO550415)<br>Rudolph Friedmann, LLP<br>92 State Street<br>Boston, MA 02109<br>(617)227-9558<br>hweinberg@rflawyers.com | /s/ Daniel P. Ryan<br>Daniel P. Ryan (BBO650474)<br>Special Assistant United States Attorney<br>10 Causeway Street, Room 401<br>Boston, MA 02222-1061<br>(617) 565-5136<br>Fax: (617) 565-7894<br>Daniel.P.Ryan@Servicecounsel.treas.gov |
| Date: October 6, 2009 | Date: October 6, 2009 |

**CERTIFICATE OF SERVICE**

SUFFOLK, ss.                                        Boston, Massachusetts

    I, DANIEL P. RYAN, Special Assistant United States Attorney, hereby certify that on October 6, 2009, I have served a copy of the within **STIPULATION REGARDING USE OF COLLATERAL AND ADEQUATE PROTECTION** by electronic transmission to the list of parties who are currently on the list to receive e-mail notices for this case and by first class mail to the following:


Everest Crossing, LLC
92 Winthrop Street
Cambridge, MA  02138


A. Russo and Sons, Inc.
560 Pleasant Street
Watertown, MA 02472


A.J. Martin
P.O. Box 7538
Warwick, RI 02887-7538


Ace Service Company Inc.
95 Hampton Avenue
Needham Heights, MA 02494


Arcade Industries, Inc.
205 Southbridge Street
PO Box 375
Auburn, MA 01501


August A. Busch & Company
440 Riverside Avenue
Medford, MA 02155


Baldor Boston
105 Second Street
Chelsea, MA 02150

Baldor's Specialty Foods, Inc.
155 Food Center Dr.
Bronx, NY 10474


Bay State Fire Protection
161 R Merimac Street
Woburn, MA 01801


Blue Cross Blue Shield
Landmark Center
401 Park Drive
Boston, MA 02215


Boston Chef's, Inc.
875 Main Street
Cambridge, MA 02139


Boxerbrand
423 West Broadway
Boston, MA 02127


Braman
147 Almgren Drive
PO Box 368
Agawam, MA 01001


Bullfrog & Baum
133 W. 19th Street, 7th Floor
New York, New York 10011


Burke Distributing Corporation
89 Teed Drive
P.O. Box 168
Randolph, MA 02368


CBH Communications
450 Harrison Avenue #404
Boston, MA 02118


Cambridge Tourism
4 Brattle Street

Cambridge, MA 02138


Captain Marden's Seafoods
105 Second Street
Chelsea, MA 02151


Cintas
200 Apollo Drive
Chelmsford, MA 01824-3620


City of Cambridge
831 Massachusetts Ave.
Cambridge, MA 02139


Coca Cola Enterprise Bottler
New England Coca-Cola Needham
P.O. Box 4108
Boston, MA 02211-4108


Commonwealth Wine & Spirits
PO Box 846146
Boston, MA 02284


Craft Brewers Guild
PO Box 330
Danvers, MA 01923


Crimson Galeria, LP
57 JFK Street
Boston, MA 02128


DB Wine Selection, Inc.
PO Box 620685
Newton Lower Fal, MA 02462


Department of Revenue
PO Box 9564
Boston, MA 02114


Dig Publishing

242 East Berkeley St., 2nd Fl
Boston, MA 02118


Direct TV
PO Box 60036
Los Angeles, CA 90060


Ecolab
240 Ballardvale St., #D
Wilmington, MA 01887


Espresso Express
415 Western Avenue
Brighton, MA 02135


EuroFusion Co.
10 Hill Crest Rd.
Quincy, MA 02171


Falvey Linen Supply
25 Walpole Park So. Dr. #5
Walpole, MA 02081


Fast Lane Production
200 Louisiana Avenue
Denver, CO 80223


Fire Risk Management Inc.
841 Worcester Road, PMB 514
Natick, MA 01760


Fishbowl, Inc.
44 Canal Center Plaza
Alexandria, VA 22314


Fortessa, Inc.
22601 Davis Drive
Sterling, VA 20164


General Services, Inc.

PO Box 60
Medford, MA 02155


Grape Moments
PO Box 40607
New Bedford, MA 02744


Greater Boston Convention Cent
2 Copley Place, #105
Boston, MA 02116


Harpoon Brewery
306 Northern Avenue
Boston, MA 02210


Horizon Beverage
80 Stock Well Drive
Avon, MA 02322


Hospitality Mutual Ins. Co.
95 A Turnpike Road
Westborough, MA 01581


Iggy's Bread
130 Fawcett Street
Cambridge, MA 02138


Inn Keepers
27 W 24th Street
New York, NY 10010


J N Kidds Distributors
55 Woodrock Road
Weymouth, MA 02189


Jacobson Floral Supply
500 Albany Street
Boston, MA 02118


John Sewer and Pine Cleaning

323 New Boston St., Ste. 2
Woburn, MA 01801


Lenox-Martell
89 Heath Street
Boston, MA 02130


M.S. Walker, Inc.
20 Third Avenue
Somerville, MA 02143


MD Cleaning
198 Tremont St., Pmb. 333
Boston, MA 02116


Martignetti Companies
975 University Avenue
Norwood, MA 02062


Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114


Mem Tea Imports
316 Highland Avenue
Somerville, MA 02144


Micros Systems, Inc.
35 Hill Avenue
Fort Walton Beach, FL 32548


Micros Systems, Inc.
Attn: Legal Dept.
7031 Columbia Gateway Dr.
Columbia, MD 21046-2289


NStar
PO Box 4508
Woburn, MA 01888

```
Nespresso
2401 44th Road
12th Floor
Long Island, NY 11101


Newport Speciality Foods
1079 Aquidneck Avenue
Middleton, RI 02842


Phoenix Media Group
2420 SE 11th Avenue
Portland, OR 97214


PixelGroove
18 Prospect Street
Watertown, MA 02471


Rewards Network Establishment Services Inc.
2 N Riverside Plaza
Chicago, IL 60606


San Martino Imports, Inc.
144 Moore Road
Weymouth, MA 02189


Shack Foods of America
310 Northern Avenue
Boston, MA 02210


Shanti Restaurant
1111 Dorchester Avenue
Boston, MA 02125


Shirazi Distributing
P.O. Box 381959
Cambridge, MA 02238


Stuff@Night
126 Brookline Ave., Ste. 3
Boston, MA 02215
```

```
Sysco Food Service
380 S. Worcester Street
Norton, MA 02766


Terminex
860 Ridge Lake Blvd.
Memphis, TN 38120


The Harbus News Corporation
Harvard Bsns Sch Bllntn
Boston, MA 02163


The North End Scene Boston
256 Hanover Street, Ste. 7
Boston, MA 02113


US Food Service
P.O. Box 415087
Boston, MA 02241


United Liquors Ltd.
175 Campanelli Drive
P.O. Box 859219
Braintree, MA 02185-9219


University Directories
88 Vilcom Center
Chapel Hill, NC 27514


Verizon New England, Inc.
PO Box 1
Worcester, MA 01605


Where to Eat
65 Bay Street
Boston, MA 02125


William and Co. Foods, Inc.
135-136 Newmarket Square
Boston, MA 02118
```

Herbert Weinberg
Rosenberg & Weinberg,
805 Turnpike St., Suite. 201
North Andover, MA  01845


James S. Singer
Rudolph Friedmann LLP
92 State St.
Boston, MA  02109


John Fitzgerald
Office of the US Trustee
10 Causeway Street
Boston, MA  02222


Date: <u>October 6, 2009</u>              <u>/s/ Daniel P. Ryan</u>
                                          DANIEL P. RYAN
                                          Special Assistant
                                          United States Attorney

13