UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:                            ) | |
| ) | CHAPTER 11 |
| EVEREST CROSSING, LLC  ) | CASE NO. 09-16664-FJB |
| DEBTOR                      ) | |

### MOTION TO ASSUME LEASE

Everest Crossing LLC, respectfully requests that the Court enter an order allowing the Debtor to assume the lease between Everett Crossing, LLC (the "Debtor") and Crimson Galeria Limited Partnership ("Crimson") Dated December 20, 2004, as amended, (the "Lease"). In support, the Debtor represents as follows:

1. On July 15, 2009, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor must assume or reject the Lease between Everest Crossing, LLC and Crimson Galeria Limited Partnership Dated December 20, 2004 (the "Lease") by February 10, 2010.

3. Section 365 of the Bankruptcy Code provides that a debtor may assume a lease provided that it provides adequate protection assurance that it will promptly cure defaults.

4. The Debtor has advised the undersigned that the Landlord has asserted it is currently owed in arrears approximately $158,000. While the Debtor disputes the amount of the arrears, the Debtor has annexed hereto projections as Exhibit A which shows it can cure the arrears within 18 months. The family of the Debtor's principal have reviewed the financial operation of the Debtor and believe the projections are reasonable and are willing to make at least $20,000 available to be used, if needed, to supplement the Debtor's cash so the Debtor can timely cure the arrears.

5. The Debtor's projections do not reflect several changes that the Debtor believes will occur within the next few months which will enhance its financial viability. First, the Debtor has been paying Crimson over $3,000 a month on a promissory note

secured by a security agreement against its existing liquor license. The Debtor, through its expected Plan of Reorganization, intends to stretch out the length of the existing obligation to fifteen years thereby reducing the payment by over a thousand dollars a month. Second, the Debtor expects to pay off the note secured against the liquor license, as well as a part of the rent/CAM arrears within the next six months when it sells its existing liquor license for between $250,000 to $300,000 which is the value of a liquor license in Harvard Square. The Debtor has arranged to purchase a liquor license in Cambridge, but not in Harvard Square for $40,000. The Debtor has been advised that the City of Cambridge is very likely to allow the license to be transferred to the Debtor's location.

6. Eighteen months is a reasonable time for the Debtor to cure arrears. As explained by Judge Scholl, several courts found a tenant paying back arrears over two to three years is reasonably prompt. In re Whitsett, 163 B.R. 752 (Bankr. E.D. Penn. 1994). This is especially true here where there is a significant likelihood Crimson will be paid a significant amount within a few months upon the sale of the Debtor's liquor license.

7. The Debtor disputes the amount claimed as owed by Crimson. While most of the amount in dispute cannot be litigated before the Lease must be assumed, the Debtor believes a single $35,900 item will come down to a question of credibility of the principals of the Debtor and Crimson. The Landlord is claiming to be owed $35,900 for 2005 CAM charges. The principal of the Debtor will testify that it was not billed until 2007 and the reason for the delay was that Crimson agreed in 2005 to waive CAM for that year. The rest of the dispute regarding CAM charges can be litigated later.

9. Assumption is in the best interest of the Debtor and its creditors as it will allow the Debtor to operate. As shown by the projections, the Debtor is capable of paying a six figure sum to its creditors and can do it after it pays the arrears to Crimson.

10. Assuming assumption of the Lease is approved, the Debtor will file a Plan of Reorganization in thirty days.

WHEREFORE, Everest Crossing, LLC respectfully requests that this Court enter an Order:

(i) entering an Order allowing the Debtor to assume the Lease; and

(ii) for such other relief as this Court may deem just and proper.

>Everest Crossing, LLC
>
>By its Counsel
>
>/s/ Herbert Weinberg
>Herbert Weinberg (BBO #550415)
>Rudolph Friedmann LLP
>92 State Street
>Boston, MA 02109
>(617) 227-9558
>hweinberg@rflawyers.com

Dated: February 3, 2010

**OM Restaurant & Lounge**
**Monthly Projections**
**Cash Basis**
**2010**

| | Projected Jan | % | Projected feb | % | Projected march | % | Projected April | % | Projected may | % | Projected June | % | Projected July | % | Projected ague | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | |
| Food | $49,620 | 32.99% | $49,620 | 32.99% | $49,620 | 32.99% | $49,620 | 32.99% | $49,620 | 32.99% | $49,620 | 32.99% | $49,620 | 32.99% | $49,620 | 32.99% |
| N/A Beverages | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% |
| Liquor / Beer | 81,600 | 54.25% | 81,600 | 54.25% | 81,600 | 54.25% | 81,600 | 54.25% | 81,600 | 54.25% | 81,600 | 54.25% | 81,600 | 54.25% | 81,600 | 54.25% |
| Wine | 19,200 | 12.76% | 19,200 | 12.76% | 19,200 | 12.76% | 19,200 | 12.76% | 19,200 | 12.76% | 19,200 | 12.76% | 19,200 | 12.76% | 19,200 | 12.76% |
| Gross Sales | 153,620 | 102.13% | 153,620 | 102.13% | 153,620 | 102.13% | 153,620 | 102.13% | 153,620 | 102.13% | 153,620 | 102.13% | 153,620 | 102.13% | 153,620 | 102.13% |
| Comp Sales | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% |
| Net Sales | 150,420 | 100.00% | 150,420 | 100.00% | 150,420 | 100.00% | 150,420 | 100.00% | 150,420 | 100.00% | 150,420 | 100.00% | 150,420 | 100.00% | 150,420 | 100.00% |
| **Cost of Sales** | | | | | | | | | | | | | | | | |
| Food | 12,405 | 25.00% | 12,405 | 25.00% | 12,405 | 25.00% | 12,405 | 25.00% | 12,405 | 25.00% | 12,405 | 25.00% | 12,405 | 25.00% | 12,405 | 25.00% |
| N/A Beverages | 600 | 18.75% | 600 | 18.75% | 600 | 18.75% | 600 | 18.75% | 600 | 18.75% | 600 | 18.75% | 600 | 18.75% | 600 | 18.75% |
| Beer / Liquor | 16,000 | 19.61% | 16,000 | 19.61% | 16,000 | 19.61% | 16,000 | 19.61% | 16,000 | 19.61% | 16,000 | 19.61% | 16,000 | 19.61% | 16,000 | 19.61% |
| Wine | 5,184 | 27.00% | 5,184 | 27.00% | 5,184 | 27.00% | 5,184 | 27.00% | 5,184 | 27.00% | 5,184 | 27.00% | 5,184 | 27.00% | 5,184 | 27.00% |
| Total Cost of Sales | 34,189 | 22.73% | 34,189 | 22.73% | 34,189 | 22.73% | 34,189 | 22.73% | 34,189 | 22.73% | 34,189 | 22.73% | 34,189 | 22.73% | 34,189 | 22.73% |
| Gross Margin | 116,231 | 77.27% | 116,231 | 77.27% | 116,231 | 77.27% | 116,231 | 77.27% | 116,231 | 77.27% | 116,231 | 77.27% | 116,231 | 77.27% | 116,231 | 77.27% |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| **Payroll & Related** | | | | | | | | | | | | | | | | |
| FOH Mgmt | 12,032 | 8.00% | 12,032 | 8.00% | 12,032 | 8.00% | 12,032 | 8.00% | 12,032 | 8.00% | 12,032 | 8.00% | 12,032 | 8.00% | 12,032 | 8.00% |
| FOH Staff | 8,368 | 5.56% | 8,368 | 5.56% | 8,368 | 5.56% | 8,368 | 5.56% | 8,368 | 5.56% | 8,368 | 5.56% | 8,368 | 5.56% | 8,368 | 5.56% |
| BOH Mgmt | 4,616 | 9.30% | 4,616 | 9.30% | 4,616 | 9.30% | 4,616 | 9.30% | 4,616 | 9.30% | 4,616 | 9.30% | 4,616 | 9.30% | 4,616 | 9.30% |
| BOH Staff | 16,224 | 32.70% | 16,224 | 32.70% | 16,224 | 32.70% | 16,224 | 32.70% | 16,224 | 32.70% | 16,224 | 32.70% | 16,224 | 32.70% | 16,224 | 32.70% |
| Accounting | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% |
| D.J. / Door | 4,800 | 9.67% | 4,800 | 9.67% | 4,800 | 9.67% | 4,800 | 9.67% | 4,800 | 9.67% | 4,800 | 9.67% | 4,800 | 9.67% | 4,800 | 9.67% |
| Officer Salary | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Payroll Taxes | 4,646 | 3.09% | 4,646 | 3.09% | 4,646 | 3.09% | 4,646 | 3.09% | 4,646 | 3.09% | 4,646 | 3.09% | 4,646 | 3.09% | 4,646 | 3.09% |
| Health Insurance | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% |
| Total Payroll & Related | 53,686 | 35.69% | 53,686 | 35.69% | 53,686 | 35.69% | 53,686 | 35.69% | 53,686 | 35.69% | 53,686 | 35.69% | 53,686 | 35.69% | 53,686 | 35.69% |
| **Controllable Expenses** | | | | | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | | | | | |
| Marketing | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.65% | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.66% |
| Total Advertising | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.65% | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.66% |
| Leased Equipment | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% |
| Linen | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% |
| Dish Machine Supplies | 325 | 0.22% | 325 | 0.22% | 325 | 0.22% | 325 | 0.22% | 325 | 0.22% | 325 | 0.22% | 325 | 0.22% | 325 | 0.22% |
| Restaurant Supplies | 850 | 0.57% | 850 | 0.57% | 850 | 0.57% | 850 | 0.57% | 850 | 0.57% | 850 | 0.57% | 850 | 0.57% | 850 | 0.57% |
| Cleaning Supplies | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% |

**OM Restaurant & Lounge**
**Monthly Projections**
**Cash Basis**
**2010**

| | Projected Jan | | Projected feb | | Projected march | | Projected April | | Projected may | | Projected June | | Projected July | | Projected ague | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Supplies | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% |
| Small wares | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% |
| Kitchen Supplies | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% |
| Decorations | 450 | 0.30% | 450 | 0.30% | 450 | 0.30% | 450 | 0.30% | 450 | 0.30% | 450 | 0.30% | 450 | 0.30% | 450 | 0.30% |
| Printing | 400 | 0.27% | 400 | 0.27% | 400 | 0.27% | 400 | 0.27% | 400 | 0.27% | 400 | 0.27% | 400 | 0.27% | 400 | 0.27% |
| Credit Card Processing Fees | 4,609 | 3.06% | 4,609 | 3.06% | 4,609 | 3.06% | 4,609 | 3.06% | 4,609 | 3.06% | 4,609 | 3.06% | 4,609 | 3.06% | 4,609 | 3.06% |
| Bank Service Charges | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% |
| POS Expenses | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% |
| Valet Parking | 1,135 | 0.75% | 1,135 | 0.75% | 1,135 | 0.75% | 1,135 | 0.75% | 1,135 | 0.75% | 1,135 | 0.75% | 1,135 | 0.75% | 1,135 | 0.75% |
| **Total Expenses** | **12,669** | **8.42%** | **12,669** | **8.42%** | **12,669** | **8.42%** | **12,669** | **8.42%** | **12,669** | **8.42%** | **12,669** | **8.42%** | **12,669** | **8.42%** | **12,669** | **8.42%** |
| **Repairs** | | | | | | | | | | | | | | | | |
| Building Repairs | 800 | 0.53% | 800 | 0.53% | 800 | 0.53% | 800 | 0.53% | 800 | 0.53% | 800 | 0.53% | 800 | 0.53% | 800 | 0.53% |
| Equipment Repairs | 250 | 0.17% | 250 | 0.17% | 250 | 0.17% | 250 | 0.17% | 250 | 0.17% | 250 | 0.17% | 250 | 0.17% | 250 | 0.17% |
| **Total Repairs** | **1,050** | **0.70%** | **1,050** | **0.70%** | **1,050** | **0.70%** | **1,050** | **0.70%** | **1,050** | **0.70%** | **1,050** | **0.70%** | **1,050** | **0.70%** | **1,050** | **0.70%** |
| **Insurance** | | | | | | | | | | | | | | | | |
| Liquor Liability Insurance | 1,300 | 0.86% | 782 | 0.52% | 782 | 0.52% | 782 | 0.52% | 782 | 0.52% | 782 | 0.52% | 782 | 0.52% | 782 | 0.52% |
| Liability Insurance | 1,000 | 0.66% | 527 | 0.35% | 527 | 0.35% | 527 | 0.35% | 527 | 0.35% | 527 | 0.35% | 527 | 0.35% | 527 | 0.35% |
| Work Comp | 700 | 0.47% | 391 | 0.26% | 391 | 0.26% | 391 | 0.26% | 391 | 0.26% | 391 | 0.26% | 391 | 0.26% | 391 | 0.26% |
| **Total Insurance** | **3,000** | **1.99%** | **1,700** | **1.13%** | **1,700** | **1.13%** | **1,700** | **1.13%** | **1,700** | **1.13%** | **1,700** | **1.13%** | **1,700** | **1.13%** | **1,700** | **1.13%** |
| **Professional Fees** | | | | | | | | | | | | | | | | |
| Payroll Service | 600 | 0.40% | 600 | 0.40% | 600 | 0.40% | 600 | 0.40% | 600 | 0.40% | 600 | 0.40% | 600 | 0.40% | 600 | 0.40% |
| Accounting | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% |
| Legal Fees | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% |
| **Total Professional Fees** | **3,600** | **2.39%** | **3,600** | **2.39%** | **3,600** | **2.39%** | **3,600** | **2.39%** | **3,600** | **2.39%** | **3,600** | **2.39%** | **3,600** | **2.39%** | **3,600** | **2.39%** |
| **Occupancy Expenses** | | | | | | | | | | | | | | | | |
| Rent | 13,580 | 9.03% | 13,580 | 9.03% | 13,580 | 9.03% | 13,580 | 9.03% | 13,987 | 9.30% | 13,987 | 9.30% | 13,987 | 9.30% | 13,987 | 9.30% |
| Cam & Landlord Charges | 8,800 | 5.85% | 8,800 | 5.85% | 8,800 | 5.85% | 8,800 | 5.85% | 8,800 | 5.85% | 8,800 | 5.85% | 8,800 | 5.85% | 8,800 | 5.85% |
| Trash Removal | 650 | 0.43% | 650 | 0.43% | 650 | 0.43% | 650 | 0.43% | 650 | 0.43% | 650 | 0.43% | 650 | 0.43% | 650 | 0.43% |
| Liquor License Fee | 3,183 | 2.12% | 3,183 | 2.12% | 3,183 | 2.12% | 3,183 | 2.12% | | 0.00% | | 0.00% | | 0.00% | | 0.00% |
| Permits (City of Cambridge) | 500 | 0.33% | 500 | 0.33% | 500 | 0.33% | 500 | 0.33% | 500 | 0.33% | 500 | 0.33% | 500 | 0.33% | 500 | 0.33% |
| Telephone | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% |
| Electric | 3,400 | 2.26% | 3,400 | 2.26% | 3,400 | 2.26% | 3,400 | 2.26% | 3,400 | 2.26% | 3,400 | 2.26% | 3,400 | 2.26% | 3,400 | 2.26% |
| Gas | 1,200 | 0.80% | 1,200 | 0.80% | 1,200 | 0.80% | 1,200 | 0.80% | 1,200 | 0.80% | 1,200 | 0.80% | 1,200 | 0.80% | 1,200 | 0.80% |
| **Total Occupancy Expenses** | **31,612** | **21.02%** | **31,612** | **21.02%** | **31,612** | **21.02%** | **31,612** | **21.02%** | **28,837** | **19.17%** | **28,837** | **19.17%** | **28,837** | **19.17%** | **28,837** | **19.17%** |
| **Total Expenses** | **109,617** | **72.87%** | **108,317** | **72.01%** | **108,317** | **72.01%** | **108,317** | **72.01%** | **105,542** | **70.16%** | **105,542** | **70.16%** | **105,542** | **70.16%** | **105,542** | **70.16%** |
| **Net Income** | **$6,614** | **4.40%** | **$7,914** | **5.26%** | **$7,914** | **5.26%** | **$7,914** | **5.26%** | **$10,689** | **7.11%** | **$10,689** | **7.11%** | **$10,689** | **7.11%** | **$10,689** | **7.11%** |

**OM Restaurant & Lounge**
**Monthly Projections**
**Cash Basis**
**2010**

| | Projected sep $ | % | Projected oct $ | % | Projected nov $ | % | Projected dec $ | % | YTD |
|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | |
| Food | $49,620 | 32.99% | $49,620 | 32.99% | $49,620 | 32.99% | $49,620 | 32.99% | 595,440 |
| N/A Beverages | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 38,400 |
| Liquor / Beer | 81,600 | 54.25% | 81,600 | 54.25% | 81,600 | 54.25% | 81,600 | 54.25% | 979,200 |
| Wine | 19,200 | 12.76% | 19,200 | 12.76% | 19,200 | 12.76% | 19,200 | 12.76% | 230,400 |
| Gross Sales | 153,620 | 102.13% | 153,620 | 102.13% | 153,620 | 102.13% | 153,620 | 102.13% | 1,843,440 |
| Comp Sales | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 3,200 | 2.13% | 38,400 |
| Net Sales | 150,420 | 100.00% | 150,420 | 100.00% | 150,420 | 100.00% | 150,420 | 100.00% | 1,805,040 |
| **Cost of Sales** | | | | | | | | | |
| Food | 12,405 | 25.00% | 12,405 | 25.00% | 12,405 | 25.00% | 12,405 | 25.00% | 148,860 |
| N/A Beverages | 600 | 18.75% | 600 | 18.75% | 600 | 18.75% | 600 | 18.75% | 7,200 |
| Beer / Liquor | 16,000 | 19.61% | 16,000 | 19.61% | 16,000 | 19.61% | 16,000 | 19.61% | 192,000 |
| Wine | 5,184 | 27.00% | 5,184 | 27.00% | 5,184 | 27.00% | 5,184 | 27.00% | 62,208 |
| Total Cost of Sales | 34,189 | 22.73% | 34,189 | 22.73% | 34,189 | 22.73% | 34,189 | 22.73% | 410,268 |
| **Gross Margin** | 116,231 | 77.27% | 116,231 | 77.27% | 116,231 | 77.27% | 116,231 | 77.27% | 1,394,772 |
| **Operating Expenses** | | | | | | | | | |
| **Payroll & Related** | | | | | | | | | |
| FOH Mgmt | 12,032 | 8.00% | 12,032 | 8.00% | 12,032 | 8.00% | 12,032 | 8.00% | 144,384 |
| FOH Staff | 8,368 | 5.56% | 8,368 | 5.56% | 8,368 | 5.56% | 8,368 | 5.56% | 100,416 |
| BOH Mgmt | 4,616 | 9.30% | 4,616 | 9.30% | 4,616 | 9.30% | 4,616 | 9.30% | 55,392 |
| BOH Staff | 16,224 | 32.70% | 16,224 | 32.70% | 16,224 | 32.70% | 16,224 | 32.70% | 194,688 |
| Accounting | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 12,000 |
| D.J. / Door | 4,800 | 9.67% | 4,800 | 9.67% | 4,800 | 9.67% | 4,800 | 9.67% | 57,600 |
| Officer Salary | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | - |
| Payroll Taxes | 4,646 | 3.09% | 4,646 | 3.09% | 4,646 | 3.09% | 4,646 | 3.09% | 55,757 |
| Health Insurance | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 24,000 |
| Total Payroll & Related | 53,686 | 35.69% | 53,686 | 35.69% | 53,686 | 35.69% | 53,686 | 35.69% | 644,237 |
| **Controllable Expenses** | | | | | | | | | |
| Advertising | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.66% | 48,000 |
| Marketing | | | | | | | | | |
| Total Advertising | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.66% | 4,000 | 2.66% | 48,000 |
| Leased Equipment | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 2,400 |
| Linen | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 16,800 |
| Dish Machine Supplies | 325 | 0.22% | 325 | 0.22% | 325 | 0.22% | 325 | 0.22% | 3,900 |
| Restaurant Supplies | 850 | 0.57% | 850 | 0.57% | 850 | 0.57% | 850 | 0.57% | 10,200 |
| Cleaning Supplies | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 1,400 | 0.93% | 16,800 |

OM Restaurant & Lounge
Monthly Projections
Cash Basis
2010

| | Projected sep | | Projected cof | | Projected nova | | Projected deck | | YTD |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Office Supplies | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 2,400 |
| Small wares | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 12,000 |
| Kitchen Supplies | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 3,600 |
| Decorations | 450 | 0.30% | 450 | 0.30% | 450 | 0.30% | 450 | 0.30% | 5,400 |
| Printing | 400 | 0.27% | 400 | 0.27% | 400 | 0.27% | 400 | 0.27% | 4,800 |
| Credit Card Processing Fees | 4,609 | 3.06% | 4,609 | 3.06% | 4,609 | 3.06% | 4,609 | 3.06% | 55,303 |
| Bank Service Charges | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 2,400 |
| POS Expenses | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 200 | 0.13% | 2,400 |
| Valet Parking | 1,135 | 0.75% | 1,135 | 0.75% | 1,135 | 0.75% | 1,135 | 0.75% | 13,620 |
| | 12,669 | 8.42% | 12,669 | 8.42% | 12,669 | 8.42% | 12,669 | 8.42% | 152,023 |
| Repairs | | | | | | | | | |
| Building Repairs | 800 | 0.53% | 800 | 0.53% | 800 | 0.53% | 800 | 0.53% | 9,600 |
| Equipment Repairs | 250 | 0.17% | 250 | 0.17% | 250 | 0.17% | 250 | 0.17% | 3,000 |
| Total Repairs | 1,050 | 0.70% | 1,050 | 0.70% | 1,050 | 0.70% | 1,050 | 0.70% | 12,600 |
| Insurance | | | | | | | | | |
| Liquor Liability Insurance | 782 | 0.52% | 782 | 0.52% | 782 | 0.52% | 782 | 0.52% | 9,902 |
| Liability Insurance | 527 | 0.35% | 527 | 0.35% | 527 | 0.35% | 527 | 0.35% | 6,797 |
| Work Comp | 391 | 0.26% | 391 | 0.26% | 391 | 0.26% | 391 | 0.26% | 5,001 |
| Total Insurance | 1,700 | 1.13% | 1,700 | 1.13% | 1,700 | 1.13% | 1,700 | 1.13% | 21,700 |
| Professional Fees | | | | | | | | | |
| Payroll Service | 600 | 0.40% | 600 | 0.40% | 600 | 0.40% | 600 | 0.40% | 7,200 |
| Accounting | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 1,000 | 0.66% | 12,000 |
| Legal Fees | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 2,000 | 1.33% | 24,000 |
| Total Professional Fees | 3,600 | 2.39% | 3,600 | 2.39% | 3,600 | 2.39% | 3,600 | 2.39% | 43,200 |
| Occupancy Expenses | | | | | | | | | |
| Rent | 13,987 | 9.30% | 13,987 | 9.30% | 13,987 | 9.30% | 13,987 | 9.30% | 166,213 |
| Cam & Landlord Charges | 8,800 | 5.85% | 8,800 | 5.85% | 8,800 | 5.85% | 8,800 | 5.85% | 105,600 |
| Trash Removal | 650 | 0.43% | 650 | 0.43% | 650 | 0.43% | 650 | 0.43% | 7,800 |
| Liquor License Fee | | 0.00% | | 0.00% | | 0.00% | | 0.00% | 12,731 |
| Permits (City of Cambridge) | 500 | 0.33% | 500 | 0.33% | 500 | 0.33% | 500 | 0.33% | 6,000 |
| Telephone | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 300 | 0.20% | 3,600 |
| Electric | 3,400 | 2.26% | 3,400 | 2.26% | 3,400 | 2.26% | 3,400 | 2.26% | 40,800 |
| Gas | 1,200 | 0.80% | 1,200 | 0.80% | 1,200 | 0.80% | 1,200 | 0.80% | 14,400 |
| Total Occupancy Expenses | 28,837 | 19.17% | 28,837 | 19.17% | 28,837 | 19.17% | 28,837 | 19.17% | 357,144 |
| Total Expenses | 105,542 | 70.16% | 105,542 | 70.16% | 105,542 | 70.16% | 105,542 | 70.16% | 1,278,904 |
| Net Income | $10,689 | 7.11% | $10,689 | 7.11% | $10,689 | 7.11% | $10,689 | 7.11% | 115,868 |

**OM Restaurant & Lounge**
**Yearly Projections**
**Cash Basis**

|  | Projected yearly 2010 |  | Projected yearly 2011 |  | Projected monthly 2012 |  | Projected monthly 2013 |  | Projected monthly 2014 |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Professional Fees | 43,200 | 2.39% | 21,200 | 1.11% | 21,200 | 1.05% | 21,200 | 1.00% | 21,200 | 0.95% |
| Occupancy Expenses |  |  |  |  |  |  |  |  |  |  |
| Rent | 166,213 | 9.21% | 171,200 | 8.95% | 176,336 | 8.69% | 181,626 | 8.53% | 187,075 | 8.37% |
| Trash Removal | 7,800 | 0.43% | 7,800 | 0.41% | 7,800 | 0.38% | 7,800 | 0.37% | 7,800 | 0.35% |
| Liquor License Fee | 12,731 | 0.71% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Permits (City of Cambridge) | 6,000 | 0.33% | 6,000 | 0.31% | 6,000 | 0.30% | 6,000 | 0.28% | 6,000 | 0.27% |
| Cam & Landlord Charges | 105,600 | 5.85% | 110,880 | 5.80% | 116,424 | 5.74% | 122,245 | 5.74% | 128,357 | 5.74% |
| Telephone | 3,600 | 0.20% | 3,600 | 0.19% | 3,600 | 0.18% | 3,600 | 0.17% | 3,600 | 0.16% |
| Electric | 40,800 | 2.26% | 41,616 | 2.18% | 42,448 | 2.09% | 43,297 | 2.03% | 44,163 | 1.98% |
| Gas | 14,400 | 0.80% | 14,688 | 0.77% | 14,982 | 0.74% | 15,281 | 0.72% | 15,587 | 0.70% |
| Total Occupancy Expenses | 357,144 | 19.79% | 355,784 | 18.59% | 367,590 | 18.12% | 379,850 | 17.84% | 392,582 | 17.56% |
| Total Expenses | 1,278,904 | 70.85% | 1,330,248 | 69.52% | 1,379,676 | 68.03% | 1,429,492 | 67.13% | 1,480,290 | 66.20% |
| Net Income | $115,868 | 6.42% | $146,481 | 7.66% | $185,656 | 9.15% | $214,107 | 10.05% | $245,489 | 10.98% |

**NOTES/COMMENTS:**

|  | Net Sales | Room Capacity |  |
|---|---|---|---|
| 2006 | 2,329,059 | 93 | Dinner & Lounge Only |
| 2007 | 2,283,047 | 153 | Dinner & Lounge Only |
| 2008 | 2,048,377 | 153 | Dinner & Lounge Only |
| 2009 | 1,718,474 | 153-194 | Lunch, Dinner, Lounge & Weekend Brunch (additional services added March 2009 - full ramp up typically 1 year) |
| 2010 | 1,805,040 | 194 | In addition, due to bankruptcy filing, concentration on restaurant management was hindered. |
| 2011 | 1,954,046 | 194 | Anticipate exercising to full extent the new entertainment license coupled with full ramp up of lunch & weekend brunch |
| 2012 | 2,071,289 | 194 |  |
| 2013 | 2,174,854 | 194 | Anticipate sales back in line with 2006/2007 figures could possibly be higher given additional seating capacity. |
| 2014 | 2,283,596 | 194 |  |

Revenues & respective costs fluctuate on a monthly basis. January & November are typically the slowest months, whereby July & August are the busiest. For simplicity sake, these projections have not taken into account the monthly fluctuation but were increased based on annual projections.

March 2009 - Added daily lunch and weekend brunch services. Typically the ramp up phase is one full year .

July 2009 - Increased room capacity from 153 to 194 and added a full entertainment license allowing DJ's, dancing and bands. This was on a 6 month trial basis until January 2010 when the whole license went into effect. Sales projections took this additional capacity and increase in entertainment events into account. The revenues from these events will mainly consist of beverage sales which have a higher gross profit margin. During the trial phase we did not fully exercise the new license option.

September 2009 - we revamped our operations concept to decrease the cost of sales. Previously the cost of food was running @ 30% as compared to 25% @ present, and liquor was 24% compared to 19%.

January 2010 - Negotiated a new insurance policy with a total annual premium of $14,000. To be conservative we projected $20,000 with an annual 5% increase thereafter.

April 2010 - we anticipate purchasing from the City of Cambridge a liquor license. We will then sell the current license and payoff the existing note obligation due to the landlord.

In general, we anticipate the overall economy to recover from the current recession and that our sales will once again reach the peaks we obtained in the years 2006 & 2007.

**OM Restaurant & Lounge**
**Yearly Projections**
**Cash Basis**

| | Projected yearly 2010 $ | % | Projected yearly 2011 $ | % | Projected monthly 2012 $ | % | Projected monthly 2013 $ | % | Projected monthly 2014 $ | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | |
| Food | 595,440 | 32.99% | 631,166 | 32.99% | 669,036 | 32.99% | 702,488 | 32.99% | 737,613 | 32.99% |
| N/A Beverages | 38,400 | 2.13% | 40,704 | 2.13% | 43,146 | 2.13% | 45,304 | 2.13% | 47,569 | 2.13% |
| Liquor / Beer | 979,200 | 54.25% | 1,037,952 | 54.25% | 1,100,229 | 54.25% | 1,155,241 | 54.25% | 1,213,003 | 54.25% |
| Wine | 230,400 | 12.76% | 244,224 | 12.76% | 258,877 | 12.76% | 271,821 | 12.76% | 285,412 | 12.76% |
| Gross Sales | 1,843,440 | 102.13% | 1,954,046 | 102.13% | 2,071,289 | 102.13% | 2,174,854 | 102.13% | 2,283,596 | 102.13% |
| Comp Sales | 38,400 | 2.13% | 40,704 | 2.13% | 43,146 | 2.13% | 45,304 | 2.13% | 47,569 | 2.13% |
| Net Sales | 1,805,040 | 100.00% | 1,913,342 | 100.00% | 2,028,143 | 100.00% | 2,129,550 | 100.00% | 2,236,028 | 100.00% |
| Increase over prior year | 5.0% | | 6.0% | | 6.0% | | 5.0% | | 5.0% | |
| **Cost of Sales** | | | | | | | | | | |
| Food | 148,860 | 25.00% | 157,792 | 25.00% | 167,259 | 25.00% | 175,622 | 25.00% | 184,403 | 25.00% |
| N/A Beverages | 7,200 | 18.75% | 7,734 | 19.00% | 8,198 | 19.00% | 8,608 | 19.00% | 9,038 | 19.00% |
| Beer / Liquor | 192,000 | 19.61% | 207,590 | 20.00% | 220,046 | 20.00% | 231,048 | 20.00% | 242,601 | 20.00% |
| Wine | 62,208 | 27.00% | 63,498 | 26.00% | 67,308 | 26.00% | 70,674 | 26.00% | 74,207 | 26.00% |
| Total Cost of Sales | 410,268 | 22.73% | 436,614 | 22.82% | 462,811 | 22.82% | 485,951 | 22.82% | 510,249 | 22.82% |
| Gross Margin | 1,394,772 | 77.27% | 1,476,728 | 77.18% | 1,565,332 | 77.18% | 1,643,599 | 77.18% | 1,725,779 | 77.18% |
| **Operating Expenses** | | | | | | | | | | |
| **Payroll & Related** | | | | | | | | | | |
| FOH Mgmt | 144,384 | 8.00% | 147,272 | 7.70% | 150,217 | 7.41% | 153,221 | 7.20% | 156,286 | 6.99% |
| FOH Staff | 100,416 | 5.56% | 102,424 | 5.35% | 104,473 | 5.15% | 106,562 | 5.00% | 108,694 | 4.86% |
| BOH Mgmt | 55,392 | 9.30% | 56,500 | 8.95% | 57,630 | 8.61% | 58,782 | 8.37% | 59,958 | 8.13% |
| BOH Staff | 194,688 | 32.70% | 198,582 | 31.46% | 202,553 | 30.28% | 206,604 | 29.41% | 210,737 | 28.57% |
| Accounting | 12,000 | 0.66% | 12,240 | 0.64% | 12,240 | 0.60% | 12,240 | 0.57% | 12,240 | 0.55% |
| D.J. / Door (sub-contractor) | 57,600 | 9.67% | 57,600 | 9.13% | 57,600 | 8.61% | 57,600 | 8.20% | 57,600 | 7.81% |
| Officer Salary | 0 | 0.00% | 60,000 | 3.14% | 80,000 | 3.94% | 100,000 | 4.70% | 120,000 | 5.37% |
| Payroll Taxes | 55,757 | 3.09% | 56,872 | 2.97% | 57,982 | 2.86% | 59,115 | 2.78% | 60,271 | 2.70% |
| Health Insurance | 24,000 | 1.33% | 25,200 | 1.32% | 26,460 | 1.30% | 27,783 | 1.30% | 29,172 | 1.30% |
| Total Payroll & Related | 644,237 | 35.69% | 716,690 | 37.46% | 749,156 | 36.94% | 781,909 | 36.72% | 814,957 | 36.45% |

**OM Restaurant & Lounge**
**Yearly Projections**
**Cash Basis**

| | Projected yearly 2010 | | Projected yearly 2011 | | Projected monthly 2012 | | Projected monthly 2013 | | Projected monthly 2014 | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Controllable Expenses** | | | | | | | | | | |
| Advertising | 48,000 | 2.66% | 48,000 | 2.51% | 48,000 | 2.37% | 48,000 | 2.25% | 48,000 | 2.15% |
| Marketing | | | | | | | | | | |
| **Total Advertising** | 48,000 | 2.66% | 48,000 | 2.51% | 48,000 | 2.37% | 48,000 | 2.25% | 48,000 | 2.15% |
| Leased Equipment | 2,400 | 0.13% | 2,400 | 0.13% | 2,400 | 0.12% | 2,400 | 0.11% | 2,400 | 0.11% |
| Linen | 16,800 | 0.93% | 16,968 | 0.89% | 17,138 | 0.84% | 17,309 | 0.81% | 17,482 | 0.78% |
| Dish Machine Supplies | 3,900 | 0.22% | 3,939 | 0.21% | 3,978 | 0.20% | 4,018 | 0.19% | 4,058 | 0.18% |
| Restaurant Supplies | 10,200 | 0.57% | 10,302 | 0.54% | 10,405 | 0.51% | 10,509 | 0.49% | 10,614 | 0.47% |
| Cleaning Supplies | 16,800 | 0.93% | 16,968 | 0.89% | 17,138 | 0.84% | 17,309 | 0.81% | 17,482 | 0.78% |
| Office Supplies | 2,400 | 0.13% | 2,400 | 0.13% | 2,400 | 0.12% | 2,400 | 0.11% | 2,400 | 0.11% |
| Small wares | 12,000 | 0.66% | 12,120 | 0.63% | 12,241 | 0.60% | 12,364 | 0.58% | 12,487 | 0.56% |
| Kitchen Supplies | 3,600 | 0.20% | 3,636 | 0.19% | 3,672 | 0.18% | 3,709 | 0.17% | 3,746 | 0.17% |
| Decorations | 5,400 | 0.30% | 5,400 | 0.28% | 5,400 | 0.27% | 5,400 | 0.25% | 5,400 | 0.24% |
| Printing | 4,800 | 0.27% | 4,800 | 0.25% | 4,800 | 0.24% | 4,800 | 0.23% | 4,800 | 0.21% |
| Credit Card Processing Fees | 55,303 | 3.06% | 58,621 | 3.06% | 62,139 | 3.06% | 65,246 | 3.06% | 68,508 | 3.06% |
| Bank Service Charges | 2,400 | 0.13% | 2,400 | 0.13% | 2,400 | 0.12% | 2,400 | 0.11% | 2,400 | 0.11% |
| POS Expenses | 2,400 | 0.13% | 2,400 | 0.13% | 2,400 | 0.12% | 2,400 | 0.11% | 2,400 | 0.11% |
| Valet Parking | 13,620 | 0.75% | 13,620 | 0.71% | 13,620 | 0.67% | 13,620 | 0.64% | 13,620 | 0.61% |
| | 152,023 | 8.42% | 155,974 | 8.15% | 160,131 | 7.90% | 163,884 | 7.70% | 167,798 | 7.50% |
| **Repairs** | | | | | | | | | | |
| Building Repairs | 9,600 | 0.53% | 9,600 | 0.50% | 9,600 | 0.47% | 9,600 | 0.45% | 9,600 | 0.43% |
| Equipment Repairs | 3,000 | 0.17% | 3,000 | 0.16% | 3,000 | 0.15% | 3,000 | 0.14% | 3,000 | 0.13% |
| **Total Repairs** | 12,600 | 0.70% | 12,600 | 0.66% | 12,600 | 0.62% | 12,600 | 0.59% | 12,600 | 0.56% |
| **Insurance** | | | | | | | | | | |
| Liquor Liability Insurance | 9,902 | 0.55% | 9,200 | 0.48% | 9,660 | 0.48% | 10,143 | 0.48% | 10,650 | 0.48% |
| Liability Insurance | 6,797 | 0.38% | 6,200 | 0.32% | 6,510 | 0.32% | 6,836 | 0.32% | 7,177 | 0.32% |
| Work Comp | 5,001 | 0.28% | 4,600 | 0.24% | 4,830 | 0.24% | 5,072 | 0.24% | 5,325 | 0.24% |
| **Total Insurance** | 21,700 | 1.20% | 20,000 | 1.05% | 21,000 | 1.04% | 22,050 | 1.04% | 23,153 | 1.04% |
| **Professional Fees** | | | | | | | | | | |
| Payroll Service | 7,200 | 0.40% | 7,200 | 0.38% | 7,200 | 0.36% | 7,200 | 0.34% | 7,200 | 0.32% |
| Accounting | 12,000 | 0.66% | 2,000 | 0.10% | 2,000 | 0.10% | 2,000 | 0.09% | 2,000 | 0.09% |
| Legal Fees | 24,000 | 1.33% | 12,000 | 0.63% | 12,000 | 0.59% | 12,000 | 0.56% | 12,000 | 0.54% |

# OM Restaurant & Lounge
## Yearly Projections
### Cash Basis

| | Projected yearly 2010 | | Projected yearly 2011 | | Projected monthly 2012 | | Projected monthly 2013 | | Projected monthly 2014 | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Professional Fees** | 43,200 | 2.39% | 21,200 | 1.11% | 21,200 | 1.05% | 21,200 | 1.00% | 21,200 | 0.95% |
| **Occupancy Expenses** | | | | | | | | | | |
| Rent | 166,213 | 9.21% | 171,200 | 8.95% | 176,336 | 8.69% | 181,626 | 8.53% | 187,075 | 8.37% |
| Trash Removal | 7,800 | 0.43% | 7,800 | 0.41% | 7,800 | 0.38% | 7,800 | 0.37% | 7,800 | 0.35% |
| Liquor License Fee | 12,731 | 0.71% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Permits (City of Cambridge) | 6,000 | 0.33% | 6,000 | 0.31% | 6,000 | 0.30% | 6,000 | 0.28% | 6,000 | 0.27% |
| Cam & Landlord Charges | 105,600 | 5.85% | 110,880 | 5.80% | 116,424 | 5.74% | 122,245 | 5.74% | 128,357 | 5.74% |
| Telephone | 3,600 | 0.20% | 3,600 | 0.19% | 3,600 | 0.18% | 3,600 | 0.17% | 3,600 | 0.16% |
| Electric | 40,800 | 2.26% | 41,616 | 2.18% | 42,448 | 2.09% | 43,297 | 2.03% | 44,163 | 1.98% |
| Gas | 14,400 | 0.80% | 14,688 | 0.77% | 14,982 | 0.74% | 15,281 | 0.72% | 15,587 | 0.70% |
| **Total Occupancy Expenses** | 357,144 | 19.79% | 355,784 | 18.59% | 367,590 | 18.12% | 379,850 | 17.84% | 392,582 | 17.56% |
| **Total Expenses** | 1,278,904 | 70.85% | 1,330,248 | 69.52% | 1,379,676 | 68.03% | 1,429,492 | 67.13% | 1,480,290 | 66.20% |
| **Net Income** | $115,868 | 6.42% | $146,481 | 7.66% | $185,656 | 9.15% | $214,107 | 10.05% | $245,489 | 10.98% |

**NOTES/COMMENTS:**

Revenues & respective costs fluctuate on a monthly basis. January & November are typically the slowest months, whereby July & August are the busiest. For simplicity sake, these projections have not taken into account the monthly fluctuation but were increased based on annual projections.

March 2009 - Added daily lunch and weekend brunch services. Typically the ramp up phase is one full year.

July 2009 - increased room capacity from 153 to 194 and added a full entertainment license allowing DJ's, dancing and bands. This was on a 6 month trial basis until January 2010 when the whole license went into effect. Sales projections took this additional capacity and increase in entertainment events into account. The revenues from these events will mainly consist of beverage sales which have a higher gross profit margin. During the trial phase we did not fully exercise the new license option.

| | Net Sales | Room Capacity | |
|---|---|---|---|
| 2006 | 2,329,059 | 93 | Dinner & Lounge Only |
| 2007 | 2,283,047 | 153 | Dinner & Lounge Only |
| 2008 | 2,048,377 | 153 | Dinner & Lounge Only |
| 2009 | 1,718,474 | 153-194 | Lunch, Dinner, Lounge & Weekend Brunch (additional services added March 2009 - full ramp up typically 1 year) |
| 2010 | 1,805,040 | 194 | In addition, due to bankruptcy filing, concentration on restaurant management was hindered. |
| 2011 | 1,954,046 | 194 | Anticipate exercising to full extent the new entertainment license coupled with full ramp up of lunch & weekend brunch |
| 2012 | 2,071,289 | 194 | |
| 2013 | 2,174,854 | 194 | |
| 2014 | 2,283,596 | 194 | Anticipate sales back in line with 2006/2007 figures could possibly be higher given additional seating capacity. |

September 2009 - we revamped our operations concept to decrease the cost of sales. Previously the cost of food was running @ 30% as compared to 25% @ present, and liquor was 24% compared to 19%.

January 2010 - Negotiated a new insurance policy with a total annual premium of $14,000. To be conservative we projected $20,000 with an annual 5% increase thereafter.

April 2010 - we anticipate purchasing from the City of Cambridge a liquor license. We will then sell the current license and payoff the existing note obligation due to the landlord.

In general, we anticipate the overall economy to recover from the current recession and that our sales will once again reach the peaks we obtained in the years 2006 & 2007.